(October 23, 1968)

█ In the Matter of SAMUEL FELDER, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF QUEENS, and All Justices thereof, et al., Respondents.— Proceeding pursuant to CPLR article 78 in the nature of prohibition, to enjoin respondents from conducting a retrial of petitioner following the granting of a mistrial, on the ground of double jeopardy. Application denied and proceeding dismissed, without costs. (*Gori* v. *United States,* 367 U. S. 364; *Matter of Arcara* v. *Supreme Ct.,* 25 A D 2d 877, mot. for lv. to app. den. 18 N Y 2d 577.) Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.